[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 653.]

THE STATE EX REL. FIRSTENERGY/TOLEDO EDISON, APPELLANT, *v*.

INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Firstenergy/Toledo Edison v. Indus. Comm.*,

**2001-Ohio-1894.**]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 01-965—Submitted November 13, 2001—Decided December 19, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-1021.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., not participating.

————————————

*Roetzel & Andress, Robert E. Blackham, Timothy J. Webster* and *Jonathan A. Good*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Daniel M. Hall*, Assistant Attorney General, for appellee Industrial Commission.

*Pheils & Wisniewski* and *Michael D. Portnoy*, for appellee JoAnn Taylor.

————————————